```
                                    FILED
                            2006 OCT 26  AM 8:58
                            CLERK US DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA

                            BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

VIA FAX

| | |
|---|---|
| BEVERLY WALKER, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCED MACHINES, INC. dba THAO AUTO REPAIR; TONY HUYNH; KATHERINE HUYNH; DANG NAM and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 06CV1801H(LSP) <br><br> **STIPULATION TO EXTEND TIME TO RESPOND AND ORDER THEREON** |

Plaintiff, BEVERLY WALKER and Defendants ADVANCED MACHINES, INC. dba THAO AUTO REPAIR; TONY HUYNH; KATHERINE HUYNH; and DANG NAM stipulate and agree that Defendants ADVANCED MACHINES, INC. dba THAO AUTO REPAIR; TONY HUYNH; KATHERINE HUYNH; and DANG NAM shall have to and including November 24, 2006, in which to file an answer or otherwise respond to the complaint herein.

//
//
//
//
//
////

STIPULATION TO EXTEND TIME TO RESPOND AND ORDER

An extension of time is appropriate in order to give the parties additional time to review this matter and respond to the complaint.

SO STIPULATED.

DATED: 10/24/06

LAW OFFICES OF AMY B. VANDEVELD

AMY B. VANDEVELD, Attorney for Plaintiff
BEVERLY WALKER

KIMBALL, TIREY & ST. JOHN

DATED: 10-20-06

CRAIG D. McMAHON, Attorney for Defendants,
ADVANCED MACHINES, INC. dba THAO AUTO
REPAIR; TONY HUYNH; KATHERINE HUYNH;
& DANG NAM

## ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants, ADVANCED MACHINES, INC. dba THAO AUTO REPAIR; TONY HUYNH; KATHERINE HUYNH; & DANG NAM, shall have up to and including November 24, 2006, within which to respond to the complaint on file herein.

DATED: 10/25/06

UNITED STATES DISTRICT COURT JUDGE